IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERON CHRISTOPHER SCOTT, )<br>Petitioner )<br> )<br>vs. )<br> )<br>SUPERINTENDENT LOUIS FOLINO; )<br>DISTRICT ATTORNEY OF ALLEGHENY )<br>COUNTY; PA STATE ATTORNEY )<br>GENERAL, )<br> )<br>Respondents ) | Civil Action No. 05-1081<br>Judge Donetta W. Ambrose/<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 11th day of Oct., 2006, after the Petitioner, Deron Christopher Scott, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is denied;

IT IS FURTHER ORDERED that a certificate of appealability is denied;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Deron Christopher Scott
DQ-1460
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Paul R. Scholle, Esq.
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219

John L. Delaney
04-2416
Cambria County Prison
425 Manor Drive
Ebensburg, PA 15931